WILLIAM STOCKMAN

*v.*

HAMILTON WALLIS and others.

That an owner of part of the premises covered by a mortgage, receives the rents therefrom and refuses to apply them on account of

Chetwood *v.* Coffin.

the interest due on such mortgage, the taxes thereon being also unpaid, and there being no personal security, and the premises being insufficient, justifies the appointment of a receiver pending foreclosure.

Bill to foreclose.   Motion for receiver.

*Mr. Samuel Morrow, Jr.*, for the motion.

*Mr. Flavel McGee, contra.*

THE CHANCELLOR.

The application for a receiver in this case is resisted on the ground that the reasons presented are insufficient. There is no personal security, the mortgaged premises are insufficient and the taxes and the interest on the mortgages are unpaid.   One of the defendants is the owner of part of the property.   He has let it and is taking the rents to his own use.   The fact that he thus misapplies the rents, as far as the interest is concerned, is enough (to say nothing of the taxes) to justify the court in appointing a receiver.   *Cortelyou* v. *Hathaway*, 3 *Stock.* 39; *Chetwood* v. *Coffin*, 3 *Stew.* 408.

A receiver will be appointed.